[No. 41948-3-II.  Division Two.  February 13, 2013.]

JASON HALEY, *Appellant*, v. PIERCE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-09478-6, Katherine M. Stolz, J., entered March 4, 2011. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J.; Quinn-Brintnall, J., concurring separately in the result only.

[No. 29980-5-III.  Division Three.  February 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER MARTIN OWENS, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 08-1-00247-4, John Hotchkiss, J., entered June 15, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 30277-6-III.  Division Three.  February 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TINA LYNN TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 11-1-00060-2, Donald W. Schacht, J., entered August 1, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 65809-3-I.  Division One.  February 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DZEVAD KULOGLIJA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06497-7, Jim Rogers, J., entered July 26, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Schindler, JJ.